UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| VANESSA ENGLISH | : |
| | : Case No. 3:19-cv-00020 |
| Plaintiff, | : |
| | : |
| v. | : Judge Walter H. Rice |
| | : |
| RED ROBIN INTERNATIONAL, INC., | : Magistrate Judge Sharon L. Ovington |
| ET AL. | : |
| | : |
| Defendants. | : |

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

This Matter is before the Court on the Stipulation for Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), between Defendant Red Robin International, Inc. ("Defendant") and Plaintiff Vanessa English ("Plaintiff"). This Court, being fully apprised of the premises, hereby ORDERS that Plaintiff's claims against Defendant are dismissed, with prejudice. Each party subject to the above Stipulation shall be responsible for her or its own attorneys' fees and costs.

DATED this 8th day of March 2021.

BY THE COURT

WALTER H. RICE
UNITED STATES DISTRICT JUDGE